UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:14-CR-29-D-1

UNITED STATES OF AMERICA

v.

**ORDER TO SEAL**

NATHAN THOMPSON

On motion of the Office of the Federal Public Defender, and for good cause shown, it is

hereby ORDERED that [D.E. 24] be sealed until otherwise ordered by the Court, except that

copies may be provided to the United States Attorney's Office and Counsel for the above-named

Defendant.

IT IS SO ORDERED.

This **26** day of January, 2015.

JAMES C. DEVER, III
Chief United States District Judge