UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:14-CR-29-1D

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | ORDER TO SEAL |
| | ) | |
| NATHAN THOMPSON | ) | |

Upon the motion of the Government and for good cause shown for the reasons stated therein, it is hereby ORDERED that Docket Entry 26 be sealed until further order of this Court.

This the _26_ day of _January_, 2015.

JAMES C. DEVER, III
Chief United States District Judge