# UNITED STATES DISTRICT COURT
# FOR THE
# EASTERN DISTRICT OF NORTH CAROLINA
# WESTERN DIVISION

UNITED STATES OF AMERICA

v.    Crim. No. 7:14-CR-29-1D

Nathan Thompson

On April 1, 2015, the above named offender was released from the custody of the Bureau of Prisons to begin a 36-month term of supervised release. On April 18, 2015, Mr. Thompson was killed. His death was the result of a gunshot wound. It is accordingly recommended that all proceedings in this case be terminated.

Respectfully submitted,

/s/ Robert K. Britt  
Robert K. Britt  
Senior U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this **27** day of **April**, 20**15**.

James C. Dever, III  
Chief U.S. District Judge